The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 21-0174-JCC |
| Plaintiff, | ) ) | ORDER EXTENDING SELF-SURRENDER DATE |
| v. | ) ) | |
| BARBI DANAE BARNES, | ) ) | |
| Defendant. | ) ) | |

Based upon the motion of the Defendant, and the representations made therein, it is HEREBY ORDERED that:

Barbi Barnes's self-surrender date is extended to March 22, 2024.

DONE this 20th day of December 2023.

*[signature]*

The Honorable John C. Coughenour
United States District Court Judge

Presented by:
s/ *Nicholas J. Vitek*
Attorney for the Defendant

ORDER EXTENDING SELF-SURRENDER
(US v. Barnes; CR21-0174) - 1