The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 21-0174-JCC |
| Plaintiff, | ORDER EXTENDING SELF-SURRENDER DATE |
| v. | |
| BARBI DANAE BARNES, | |
| Defendant. | |

Based upon the motion of the Defendant, and the representations made therein, it is HEREBY ORDERED that:

Barbi Barnes's self-surrender date is extended to April 5, 2024, and the Judgment and Commitment is amended to make a judicial recommendation that the Defendant be designated at FCI Phoenix/FCI Waseca. The recommendation that Ms. Barnes take part in the RDAP program remains in force.

DONE this 19th day of March 2024.

*[signature: John C. Coughenour]*

The Honorable John C. Coughenour
United States District Court Judge

ORDER EXTENDING SELF-SURRENDER
(US v. Barnes; CR21-0174) - 1

1
2   Presented by:
3   s/ *Nicholas J. Vitek*
4   Attorney for the Defendant
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER EXTENDING SELF-SURRENDER
(US v. Barnes; CR21-0174) - 2