THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>BARBI DANAE BARNES,<br><br>　　　　　Defendant. | CASE NO. CR21-0174-JCC-15<br><br>ORDER |

This matter comes before the Court on Defendant's unopposed motion for resentencing (Dkt. No. 775). Finding good cause, the Court GRANTS the motion.

DATED this 4th day of September 2024.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR21-0174-JCC-15
PAGE - 1